UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 11-50938 MEH |
| | CHAPTER 13 |
| JENNY CONGHUYEN | |
| THAI HONG PHAM | JUDGE M. ELAINE HAMMOND |
| DEBTORS | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, DEVIN DERHAM-BURK files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full, or has been fully paid to the extent it was required to be paid pursuant to court order in this case.

**Name of Creditor:** CHRISTIANA TRUST

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 18 | 8188 | $127,253.02 | $127,253.02 | $127,253.02 |
| Total Amount Paid by Trustee | | | | $127,253.02 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__ Through the Chapter 13 Conduit       **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 11-50938 MEH

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 10th day of March, 2016.

JENNY CONGHUYEN, THAI HONG PHAM, 1023 VISTA DEL MAR, SAN JOSE, CA  95132

ELECTRONIC SERVICE - JOEL J MARGOLIS, LAW OFFICES OF JOEL J MARGOLIS, 20 S HILLVIEW DR, MILPITAS, CA  95035

CHRISTIANA TRUST, C/O BSI FINANCIAL SERVICES, P O BOX 660605, DALLAS, TX  75266

ELECTRONIC SERVICE - United States Trustee

Date:  March 10, 2016        /s/ Janine VanSant
                             Office of
                             DEVIN DERHAM-BURK, Chapter 13
                             Trustee
                             P O BOX 50013
                             SAN JOSE, CA  95150-0013